JS-6

FILED
CLERK, U.S. DISTRICT COURT
3/4/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVAD SIDDIQI,<br><br>Petitioner,<br><br>v.<br><br>THE SUPREME COURT OF THE STATE OF CALIFORNIA,<br><br>Respondent. | Case No. 2:19-cv-01147-GW-MAA<br><br>**JUDGMENT** |

    Pursuant to the Order Dismissing Action Without Prejudice filed herewith,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: March 4, 2019

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE